THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS C. McGUIRE, Appellant No opinion. Although defendant's notice of appeal (filed following the oral decision of July 19, 1965 and patently for a review of the determination of this *coram nobis proceeding*) was premature, because the order was not made until after the notice of appeal was interposed, we have entertained the appeal under the authority of section 524-c of the Code of Criminal Procedure (L. 1967, ch. 360 [eff. April 18, 1967]). Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.